UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
AT DENVER

| | | |
|---|---|---|
| JAMES N. CISNEROS | ) | Case No. 04-16444 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| BANK ONE DELAWARE, NA | ) | |
| f.k.a. First USA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. |
| | ) | |
| JAMES N. CISNEROS | ) | |
| 6718 Pierce Way | ) | |
| Arvada, CO 80003-4045 | ) | 04 1691 SBB |
| | ) | |
| Respondent. | ) | |

## COMPLAINT TO DETERMINE
## DISCHARGEABILITY OF INDEBTEDNESS

Comes now Bank One Delaware, NA, f.k.a. First USA a corporation and for its cause of action against the Defendant states:

1. Plaintiff is and was at all times herein mentioned a corporation duly organized and existing according to law.

2. Plaintiff and Defendant entered into an agreement whereby Defendant was granted credit through the use of a credit card, account number 4366-1610-2200-7504, for purchases and cash advances to or for Defendant or any person who was authorized or permitted by Defendant to use said credit card to obtain goods, services or cash advances, for which Defendant had promised and agreed to pay.

3. This adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and is a core proceeding pursuant to 28 U.S.C. § 157(b)(1).

4. From January 16, 2003 through March 16, 2004 Defendant made numerous purchases and obtained cash advances using the aforementioned account.

5. At the time the aforementioned purchases were made and cash advances extended, Defendant made the implied representation that he had the intention and ability to repay the debt incurred. Said representations were made for the purpose of inducing the Plaintiff to extend credit to Defendant, upon which said representation Plaintiff relied.

6. Defendant's representations were false in that he neither had the ability nor the intention to pay indebtedness referred to herein.

7. Plaintiff has been damaged by Defendant's misrepresentation and failure to pay as promised.

8. By engaging in the aforementioned conduct, Defendant has obtained money and property by false representations, and as a result of Defendant's conduct the indebtedness owed herein is non-dischargeable pursuant to 11 U.S.C. § 523(2)(A).

WHEREFORE, Plaintiff prays judgment against the Defendant in the amount of $7,829.36 and for an order pursuant to 11 U.S.C. § 523 finding that the indebtedness herein is non-dischargeable, for the costs of this action and for such other further relief as is just and proper.

Respectfully submitted,

BERMAN DeLEVE KUCHAN & CHAPMAN, LC

By_____
David A. Kraft, CO # 26135
PO Box 13215
Denver, CO 80201
(303) 480-5050 Telephone
(303) 480-1919 Facsimile
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was forwarded on this ⁣_2_ day of July, 2004, by first class mail, postage prepaid, or by electronic transmission, as applicable, to:

Sharon W. Grossenbach
1625 Broadway, Ste. 200
Denver, CO 80202
ATTORNEY FOR DEBTOR

United States Trustee's Office
U.S. Custom House
721 19th Street
Denver, CO 80202-2508

_____
David A. Kraft

| B 104<br>(Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|---|
| **PLAINTIFFS**<br>Bank One Delaware, NA<br>fka First USA, | | **DEFENDANTS**<br>James N. Cisneros<br>6718 Pierce Way<br>Arvada, CO 80003-4045 |

04 JUL -6 PM 3:58
U.S. [BANKRUPTCY] COURT
DISTRICT OF COLORADO

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>David A. Kraft    (303)480-5050<br>PO Box 13215<br>Denver, CO 80201 | ATTORNEYS (If Known)<br>Sharon W. Grossenbach<br>1625 Broadway, Ste. 200<br>Denver, CO 80202 |
|---|---|

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
This adversary proceeding seeks to have determined a debt as non-dischargeable based upon the Defendant receiving money or property as a result of false representations or false pretenses.

04-1691 SBB

**NATURE OF SUIT**
(Check the one most appropriate box only.)

| | | |
|---|---|---|
| ☐ 454  To Recover Money or Property | ☐ 455  To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan | ☐ 456  To obtain a declaratory judgment relating to any of foregoing causes of action |
| ☐ 435  To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | ☒ 426  To determine the dischargeability of a debt 11 U.S.C. § 523 | |
| ☐ 458  To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ☐ 434  To obtain an injunction or other equitable relief | ☐ 459  To determine a claim or cause of action removed to a bankruptcy court |
| ☐ 424  To object or to revoke a discharge 11 U.S.C. § 727 | ☐ 457  To subordinate any allowed claim or interest except where such subordination is provided in a plan | ☐ 498  Other (specify) |

| ORIGIN OF PROCEEDINGS (Check one box only.) | ☒ 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|

| DEMAND<br>$ 7,829.36 | OTHER RELIEF SOUGHT | ☐ JURY DEMAND<br>Check only if demanded in complaint |
|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>James N. and Linda Kay Cisneros | BANKRUPTCY CASE NO.<br>04-16444 |
|---|---|

| DISTRICT IN WHICH CASE IS PENDING<br>Colorado | DIVISIONAL OFFICE<br>Denver | NAME OF JUDGE<br>Sidney B. Brooks |
|---|---|---|

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

| FILING FEE (Check one box only.) | ☒ FEE ATTACHED | ☐ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|

| DATE | PRINT NAME<br>David A. Kraft | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|