UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re
James N. Cisneros
Linda Kay Cisneros

Debtor(s).

Bankruptcy Case No. 04-16444

Bank One Delaware, NA
fka First USA

Plaintiff(s).

Adversary Proceeding No. 04-1691-SBB

James N. Cisneros

Defendant(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED AND REQUIRED TO FILE A WRITTEN MOTION OR ANSWER TO THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 30 DAYS AFTER THE DATE OF ISSUANCE OF THIS SUMMONS, EXCEPT THAT THE UNITED STATES AND ITS OFFICES AND AGENCIES SHALL FILE A MOTION OR ANSWER TO THE COMPLAINT WITHIN 35 DAYS.

| Address of the Clerk: | Clerk, U.S. Bankruptcy Court<br>U.S. Customs House<br>721 19th Street<br>Denver, Colorado 80202 |
|---|---|

AT THE SAME TIME, YOU MUST ALSO SERVE A COPY OF THE MOTION OR ANSWER ON THE PLAINTIFF'S ATTORNEY.

| Name and Address of Plaintiff's Attorney: | David A. Kraft<br>PO Box 13215<br>Denver, CO 80201 |
|---|---|

If you file a motion, your time to answer is governed by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS BY WRITTEN MOTION OR ANSWER FILED AND SERVED AS SET FORTH ABOVE, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. ATTORNEYS OF RECORD IN THE ADVERSARY PROCEEDING AND UNREPRESENTED PARTIES MUST ATTEND THE STATUS CONFERENCE.**

07.06.04

Date

Bradford L. Bolton, CLERK OF BANKRUPTCY COURT

By: _____
Deputy Clerk