IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **JAMES N. CISNEROS**  )<br>**LINDA KAY CISNEROS**  )<br>                                                )<br>                    **Debtors.**  )<br>_____ )<br>**BANK ONE DELAWARE, NA**  )<br>**f.k.a. First USA**  )<br>                                                )<br>                    **Plaintiff,**  )<br>                                                )<br>vs.                                            )<br>                                                )<br>**JAMES N. CISNEROS**  )<br>                                                )<br>                    **Defendant.**  )  | **Bankruptcy Case No. 04-16444**<br>**Chapter 7**<br><br><br><br><br><br><br><br><br><br>**Adversary No. 04-1691 SBB** |

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

**COMES NOW** the plaintiff, Bank One Delaware, NA., f.k.a. First USA in the above-entitled action, by and through its attorneys of record, David A. Kraft and hereby moves the Court for an Order Dismissing this cause of action against the defendant without prejudice, with each party to pay their own costs. In support of said motion, Plaintiff states as follows:

1.   Plaintiff's petition was filed after the bar date in the companion and underlying bankruptcy.

**WHEREFORE**, Plaintiff prays this Court enter an Order Dismissing Plaintiff's cause of action against Defendant, James N. Cisneros, without prejudice, and with each party to pay their own costs and for such other and further relief deemed just and proper by the Court in the circumstances.

Respectfully submitted,

**BERMAN, DeLEVE, KUCHAN & CHAPMAN, L.C.**

  /s/ David A. Kraft_____
**David A Kraft**                                              CO # 26135
**PO BOX 13215**
**Denver, CO 80201**
**(303) 480-5050 / FAX (303) 480-1919**
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via U.S. Mail on the 2nd day of August, 2004 **to**:

JAMES N. CISNEROS
6718 Pierce Way
Arvada, CO 80003-4045
**DEFENDANT**

                                                 **/s/ David A. Kraft**
                                                 **David A Kraft**                     **MO # 49512**