## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **JAMES N. CISNEROS**     ) | **Bankruptcy Case No. 04-16444** |
| **LINDA KAY CISNEROS**    ) | **Chapter 7** |
|                           ) | |
| **Debtors.**              ) | |
| _____ ) | |
| **BANK ONE DELAWARE, NA** ) | |
| **f.k.a. First USA**      ) | |
|                           ) | |
| **Plaintiff,**            ) | |
|                           ) | |
| vs.                       ) | **Adversary No. 04-1691 SBB** |
|                           ) | |
| **JAMES N. CISNEROS**     ) | |
|                           ) | |
| **Defendant.**            ) | |

### DISMISSAL WITHOUT PREJUDICE

**NOW** on this ____ day of August, 2004, came now for consideration, the motion of he plaintiff, Bank One Delaware, NA., f.k.a. First USA in the above-entitled action, for an Order Dismissing this cause of action against the defendant without prejudice, with each party to pay their own costs. The Court, having considered said motion and finding good cause exists to sustain said motion, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's cause of action against Defendant, James N. Cisneros, be and is hereby dismissed without prejudice, and with each party to pay their own costs.

_____
**United States Bankruptcy Judge**

**Submitted & Prepared by:**

**David A Kraft, CO # 26135**
**Berman, DeLeve, Kuchan & Chapman, LC**
**PO BOX 13215**
**Denver, CO 80201**
**(303) 480-5050 / FAX (303) 480-1919**
**ATTORNEYS FOR PLAINTIFF**