IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES N. CISNEROS <br> LINDA KAY CISNEROS <br><br> Debtors. <br><br> BANK ONE DELAWARE, NA <br> f.k.a. First USA <br><br> Plaintiff, <br><br> vs. <br><br> JAMES N. CISNEROS <br><br> Defendant. | Bankruptcy Case No. 04-16444 <br> Chapter 7 <br><br><br><br><br><br><br><br> Adversary No. 04-1691 SBB |

DISMISSAL With PREJUDICE

NOW on this ___ day of August, 2004, came now for consideration, the motion of he plaintiff, Bank One Delaware, NA., f.k.a. First USA in the above-entitled action, for an Order Dismissing this cause of action against the defendant without prejudice, with each party to pay their own costs. The Court, having considered said motion and finding good cause exists to sustain said motion, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's cause of action against Defendant, James N. Cisneros, be and is hereby dismissed with prejudice, and with each party to pay their own costs.

_____
United States Bankruptcy Judge

Submitted & Prepared by:

David A Kraft, CO # 26135
Berman, DeLeve, Kuchan & Chapman, LC
PO BOX 13215
Denver, CO 80201
(303) 480-5050 / FAX (303) 480-1919
**ATTORNEYS FOR PLAINTIFF**