# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| JAMES N. CISNEROS<br>LINDA KAY CISNEROS<br>　　　　　　Debtors.<br>_____<br>BANK ONE DELAWARE, NA<br>f.k.a. First USA<br>　　　　　　Plaintiff,<br>vs.<br>JAMES N. CISNEROS<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case No. 04-16444<br>Chapter 7<br><br><br><br><br><br><br>Adversary No. 04-1691 SBB |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2004, I deposited a true and accurate copy of this Certificate and the Dismissal With Prejudice Ordered by this Court at the request of Plaintiff, Bank One Delaware, N.A., f.k.a. First USA, for delivery by the United States postal service, first class mail, sufficient postage prepaid and addressed as follows:

　　James A. Cisneros
　　6718 Pierce Way
　　Arvada, CO 80003-4045

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　BERMAN DeLEVE KUCHAN & CHAPMAN, L.C.


　　　　　　　　　　　By　　/s/ David A. Kraft
　　　　　　　　　　　　　　David A. Kraft,　　CO #26135
　　　　　　　　　　　　　　PO Box 13215
　　　　　　　　　　　　　　Denver, CO 80201
　　　　　　　　　　　　　　(303) 480-5050 Telephone
　　　　　　　　　　　　　　(303) 480-1919 Facsimile
　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF