IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| JAMES N. CISNEROS<br>LINDA KAY CISNEROS | )<br>)<br>) | Bankruptcy Case No. 04-16444<br>Chapter 7 |
| Debtors. | )<br>) | |
| BANK ONE DELAWARE, NA<br>f.k.a. First USA | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | Adversary No. 04-1691 SBB |
| JAMES N. CISNEROS | )<br>) | |
| Defendant. | ) | |

DISMISSAL ~~WITHOUT~~ *with* PREJUDICE

NOW on this ___ day of August, 2004, came now for consideration, the motion of he plaintiff, Bank One Delaware, NA., f.k.a. First USA in the above-entitled action, for an Order Dismissing this cause of action against the defendant without prejudice, with each party to pay their own costs. The Court, having considered said motion and finding good cause exists to sustain said motion, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's cause of action against Defendant, James N. Cisneros, be and is hereby dismissed with~~out~~ prejudice, and with each party to pay their own costs.

_____
United States Bankruptcy Judge

Submitted & Prepared by:

David A Kraft, CO # 26135
Berman, DeLeve, Kuchan & Chapman, LC
PO BOX 13215
Denver, CO 80201
(303) 480-5050 / FAX (303) 480-1919
ATTORNEYS FOR PLAINTIFF

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1          User: odenbachd           Page 1 of 1              Date Rcvd: Aug 09, 2004
Case: 04-01691                Form ID: pdf904           Total Served: 3

The following entities were served by first class mail on Aug 11, 2004.
aty         +David A. Kraft,    PO Box 13215,    Denver, CO 80201-4615
            +James N. Cisneros,    6718 Pierce Way,    Arvada, CO 80003-4045
            +Sharon W. Grossenbach, esq.,    1625 Broadway Ste. 200,    Denver, CO 80202-4702

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2004**                    Signature:    *Joseph Speetjens*